```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

ROBERT LEWIS                                            PLAINTIFF

VS.                                  CIVIL ACTION NO. 4:05CV15LN

CNA GROUP LIFE ASSURANCE CO.                            DEFENDANT

<u>JUDGMENT</u>

In accordance with the memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 7th day of February, 2006.

                                                            /s/ Tom S. Lee  
                                                   UNITED STATES DISTRICT JUDGE